**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Sandra V. Morrissey,

Plaintiff,

vs.

General Mills, Inc., a
Delaware corporation,

Defendants.

Civil No. 00-62 (RHK/JMM)

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

---

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28 United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS ORDERED** pursuant to this Court's Assignment of Cases Order dated January 5, 1993, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED** that a copy of this Order shall be filed in the above-captioned case.

January 18, 2000

RICHARD H. KYLE
United States District Judge

FILED JAN 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Date: January 18, 2000 dl

R E C O R D   O F   D O C K E T   T E X T

0:00-cv-00062 Morrissey v. General Mills, Inc.

DOCKET ENTRY

ORDER OF DISQUALIFICATION ( Judge Richard H. Kyle / 1/18/00) Case reassigned to Judge Michael J. Davis per Individual Civil Rights list, Case referred to Magistrate Judge Jonathan G. Lebedoff (CASE NUMBER REMAINS THE SAME EXCEPT FOR JUDGES' INITIALS - 00-62MJD/JGL) 1pg(s) (cc: all counsel)

Hon. Michael J Davis, Judge

THIS NOTICE SENT TO ALL COUNSEL