# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Sandra V. Morrissey,

Plaintiff,

Case No. Civil 00-62 MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

General Mills, Inc.
A Delaware Corporation

Defendant.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that Defendant's Motion for Summary Judgment is GRANTED. Plaintiff's Complaint is dismissed with prejudice.**

DATE: October 3, 2001

FRANCIS E. DOSAL, CLERK

E. Knoblauch

E. Knoblauch, Deputy Clerk