UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION-MINNEAPOLIS

Sandra V. Morrissey.,
Plaintiff,

Civil 00-62 MJD/JGL

v.

General Mills, Inc.,
Defendant.

COST JUDGMENT

The costs of Defendant General Mills, Inc. have been taxed and allowed by the Clerk of this Court against Plaintiff Sandra V. Morrissey as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 2,231.45 | $ 2,231.45 |
| Other costs-Computerized legal research | $ 125.30 | $ 0.00 |
| TOTAL: | $ 2,356.75 | $ 2,231.45 |

Costs, therefore, are taxed in the sum of Two Thousand Two Hundred Thirty-One Dollars and 45/100 ($2,231.45) in favor of Defendant General Mills, Inc. and against Plaintiff Sandra V. Morrissey and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of August 27, 2002.

RICHARD D. SLETTEN, CLERK

By Amy M. Leonetti

Amy M. Leonetti
Law Clerk

8-27-02
8-27-02